IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY EUGENE YOUNG, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 11-7282 |
| MR. DITTY, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this 22nd day of Feb, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and the Response, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and no objections having been filed, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED with prejudice and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

William H. Yohn, J.