IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY EUGENE YOUNG, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 11-7282 |
| | : | |
| MR. DITTY, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 22 day of Feby , 2012, upon
careful and independent consideration of the Petition for Writ of
Habeas Corpus and the Response, and after review of the Report
and Recommendation of United States Magistrate Judge Arnold C.
Rapoport *and no objections having been filed* IT IS HEREBY ORDERED that:

1.  the Report and Recommendation is APPROVED and
ADOPTED;

2.  the Petition for Writ of Habeas Corpus is DISMISSED
with prejudice and without an evidentiary hearing; and

3.  there is no probable cause to issue a certificate
of appealability.

BY THE COURT:

William H. Yohn, J.